**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER REINSTATING APPEALS

Appellate case name:      Dante Smith v. The State of Texas

Appellate case numbers:  01-21-00115-CR; 01-21-00116-CR

Trial court case numbers: 1644838; 1644839

Trial court:                      184th District Court of Harris County

These cases were abated and remanded to the trial court to seal certain exhibits. *See* TEX. CODE CRIM PROC. art. 38.45(b) (requiring trial court to place evidence depicting child pornography under seal on conclusion of criminal hearing or proceeding). A supplemental clerk's record has been filed containing an order by the trial court sealing the applicable exhibits. Accordingly, the appeals are **reinstated**. Because appellant's brief has been filed, the State's brief is due within **30 days** of this order.

It is so ORDERED.

Judge's signature: _____/s/ Sarah B. Landau_____
                                    Acting individually

Date:   ___October 19, 2021_____